**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**RAHIEM BOLDEN
Reg #72623-054**                                                          **PETITIONER**

**v.**                             **Case No. 2:23-cv-00078-KGB-JTK**

**C. EDGE**                                                              **RESPONDENT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 9). No objections have been filed, and the deadline to file objections has passed. Judge Kearney recommends that this Court grant respondent C. Edge's motion to dismiss and dismiss with prejudice petitioner Rahiem Bolden's 28 U.S.C. § 2241 *habeas corpus* petition based on Mr. Bolden's release from the custody of the Bureau of Prisons and based on Mr. Bolden's failure to prosecute this case (Dkt. No. 6). Judge Kearney also recommends that the Court decline to issue a certificate of appealability, as Mr. Bolden has failed to make a substantial showing that he was denied a constitutional right (Dkt. No. 9, at 3). 28 U.S.C. § 2253(c)(1)-(2).

After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 9). The Court grants the motion to dismiss, dismisses with prejudice Mr. Bolden's 28 U.S.C. § 2241 petition for writ of *habeas corpus*, and declines to issue a certificate of appealability (Dkt. Nos. 6, 9).

It is so ordered this 30th day of September 2024.

_____
Kristine G. Baker
Chief United States District Judge